

## Springfield Police Department
## Statement

Date: 04/13/07
Time: 11:00/PM

My name is Frankie Roche. I am 34 years old. My date of birth is 01/23/73 and my social security number is 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. I am currently incarcerated at the Hampshire jail awaiting trial for the murder of Al Bruno. I have talked to my attorneys, Joseph Franco, Robert Jubinville and Colleen Brady and I have decided to cooperate with the police. Attorney Brady is here with me while I am giving this statement to Sgt. Meleady and Detective Kervick. Also present for this statement is Captain Peter Higgins and agent Brian Warren. I have been promised nothing in return for this statement.

Back in November 23, 2003 I shot and killed Al Bruno as he was walking to his truck in the parking lot of the Mt. Carmel club on Winthrop Street. I shot him six or seven times with a .45 caliber H&K gun. I was alone and I waited for him to come out of the club. I knew he was there because Freddy had called me earlier in the day and told me that Al was definitely going to be there. Freddy called me from a pay phone on the Middle Street phone. I don't remember the phone number to Middle Street, but I remember Freddy called me at about 6:15/PM.

After Freddy called me I think I called Brandon Croteau and Billy Johnston to see where they were but I'm not sure. I remember that I had a drink of Vodka and a little while later Billy and Brandon came back to Middle Street. I then asked Brandon to give me a ride to my car, which was parked on a side street off of Bay Street. I don't remember the exact name of the street. Brandon used Billy's car to give me a ride. Brandon knew that he was giving me a ride to my car because I was going to kill Bruno. After Brandon dropped me off I drove down to the south end and I parked on Williams Street. I remember that I parked in front of an abandoned house and then I walked to the Mt. Carmel club.

SEE PAGE 3 2ND + 3RD ~~PARAGRAPH~~ PARAGRRAPH

When I got to the Mt Carmel Club I hid by a soda machine and a refrigerator. I actually got a white plastic chair that was by the Bocce court so I could sit down.

While I was waiting for Al to come out I saw that his truck was in the parking lot. This is how I knew that he was there. I remember that Al drove a black Z71. I waited for about a half hour and then Al came walking out of the club. When Al came out of the club I knew that he wasn't alone because he was talking to someone. Al sounded like he was upset. I then saw the light to his truck go on so I started walking towards him. I then saw that his door was open and I said, "Hey Al." Al then turned and looked and said, "What's up, Buddy." I then said, "I heard you were looking for me." As soon as I said this I shot Al once in the chest. Al then lost his balance and fell against his car door. I then started walking closer towards him and as I was walking I shot him five more times. I do remember that when Al was on the ground I stood over him and shot him to make sure he was dead. I know that after the last time that I shot him, he didn't move again.

After I shot Al I ran back to my car. I remember that as I was running I heard the guy that was with Al saying something. When I got back to my car I drove down Williams toward Main Street. When I got to Main Street I took a quick right and a left and I ended up on the highway. I then drove back to Middle Street.

When I got back to Middle Street I went inside and I told Brandon to get the keys to Billy's car and then he followed me so I could get rid of my car. I ended dropping my car off in the same spot that I had it parked in earlier. After I dropped my car we headed back to Middle Street. We stayed at Middle Street for a little while and then we all went down to the club 418.

When we got to the 418 me and Brandon went inside and we got the keys to a dancer's apartment in Holyoke. The dancer's name is Noelia Reyes. After we got the keys we drove to her apartment. I don't remember the exact address but I remember it's at the corner of Beech and Sergeant.

When we got to her apartment we watched Sunday night football. At this point I knew that Brandon knew what I did but I'm not sure if Billy did. While we were watching the game a news clip came on and it was about the murder. I stayed there for the night and Brandon and Billy left when Noelia came home.

I killed Al Bruno because I was paid to do it. Freddy Geas is the person who paid me to do it. The first time that Freddy mentioned something about killing Bruno was in the parking lot of Max's Tavern. We were sitting together in Billy's car talking about everything that was going on meaning I was supposed to kill "Louie the Shoe" and Guiseppe Manzi. I was supposed to kill both of them but for some unknown reason it kept getting called off. There were a lot of little different things going on between the Civic pub and what had happened to Arillotta's house. As we were talking Freddy was telling me that the "Little Guy" was going to have the city and they were going to take care of me. When he said the "Little Guy" I knew that he was talking about Anthony Arillotta. While we were talking he started talking about how they had one big thing left to take care of and it was the guy in the Z71 and everything else would fall in line. As soon as he said the guy in the Z71 I knew that he was talking about Bruno. I then told him that I would take care of it. After I told him I would take care of it Freddy left. We then made plans to talk later.

The next day I saw Freddy and Ty at the cigar shop in West Springfield. While we were in the cigar shop Freddy asked me to go outside. When we went outside Freddy wanted to make sure that I knew that he was talking about Bruno and that I didn't have a problem with that. Once I told him that I didn't have a problem with it, he started to tell me that it had to be done. Freddy told me that the "Little Guy" had gone to Port Chester and gotten the ok to kill Bruno, and nothing was going to stop it. Freddy told me to make sure that he was dead and not to fuck it up. Freddy told me that he would give me ten thousand dollars and after it was done he would get me out of here. Freddy told me that he wanted it done right away so we made arrangements to meet in Enfield. Freddy

*[handwritten margin note:]* CHECK HIS COURT TRANSCRIPT HE DOES NOT SAY PORT CHESTER HE SAYS N.Y.

liked to meet in Enfield because he lived in Somers Ct. and it was close to his house.

I then met Freddy in the parking lot of McDonalds in Enfield. This time Billy and Brandon were with me. I don't remember if this was the same day as the Cigar shop or the next day. When I met Freddy he gave me a .380 semi automatic that was wrapped in a rag that was in a freezer bag. Freddy then told me that he would give me the .45 cal. the next night. After he gave me the gun we walked back to Billy's car and Freddy said hello to Brandon and Billy. After this we left. When we left Brandon and Billy saw the .380 that I had just gotten from Freddy. I know that Brandon knew what the .380 was for, but I don't think that Billy did.

The next day Freddy called me and told me that the "Little Guy" was going to leave the package underneath the dumpster behind Family Pizza. When Freddy said the package I knew that he was talking about the .45. Freddy told me it would be there at 7:00/PM. I then went there at 7:00/PM with Billy and Brandon and the .45 was in a plastic bag wrapped in bunch of t-shirts. The .45 was loaded with an extra clip. After I got the gun we went back to Middle Street. When we got back to Middle Street me and Brandon went and test fired the .45. This was about two weeks before I killed Bruno. The next day I saw Freddy and he asked me if I was going to take care of it that night and I told him that I was. He then told me that they were going to go down to the casino so they could be on camera when it happened. I know that when I talked to Freddy about killing Bruno, we talked about how it should be done at the Mount Carmel Club or at Bruno's restaurant on Columbus Avenue. I then decided to do it at the Mount Carmel Club because I knew that nobody would talk. Freddy actually told me that he would make sure that nobody would talk if he had to. This is why I wasn't worried when Bruno didn't come out of the club alone the night that I killed him. I know now the name of the person that came out of the club with Bruno and he had nothing to do with it that I know of. The night that I killed Bruno I was wearing a black fleece pull over that had a hood, dark blue jeans,

black Nike sneakers and a Boston Red Sox hat. I remember that I had my hood up and the fleece was zipped up so it covered a little bit of my face.

I got rid of the .45 the day after I killed Bruno. I put it in trash barrel that was in a shopping plaza that was down the Street from Brandon's house on Surrey Road. The night that I killed Bruno I only had one clip to the .45 with me. I lost the other one during a foot chase with the State Police near 291. I also had the .380 in my pocket as back up.

The night after I killed Bruno I met Freddy Geas in the parking lot of a restaurant in Enfield. I don't remember the name of the restaurant but I know that it is in the parking lot of a Motel 6 because Freddy parked in the parking lot of the motel and walked over to me. This meeting was prearranged before I killed Bruno. Freddy then paid me seven thousand dollars wrapped in rubber bands folded in half. I think it was six thousand in hundreds and a thousand dollars in fifties. Freddy then told me that he had to meet with "Little Guy" and he would give me the rest of the money later.

The Tuesday after I killed Bruno Freddy Geas and Billy Geas gave me a ride to Port Chester. I left Springfield because it was hot and Freddy had a guy that I could do robberies with in Port Chester. On the way to Port Chester we talked about Depergola and Freddy told me that Depergola was already spoken to. I don't know if Freddy talked to Depergola or if somebody else did. I did meet Freddy in January 2004 at Club Blue in Hartford and Freddy paid me another thousand dollars for killing Bruno. We met in the parking lot because the club was closed. I was with Mario Imbesi and Freddy was with a kid they call "head". I think that his first name is Kevin.

While I was giving this statement I was asked to look at several photo arrays. The first array I looked at I looked at all eight photos and I told the detectives that photo number five is a photo of Freddy Geas. This is a photo of the same person who paid me to kill Al Bruno. I signed my name and wrote the date and time.

The second array I looked at all eight photos and I told the detectives that photo number eight is a photo of Brandon Croteau. Brandon knew that I was going to kill al Bruno. Brandon drove me in Billy's car to the Mt. Carmel club to see if Bruno was there on a couple of different occasions. I wouldn't have done it if I saw Bruno and I was with Brandon. I would have gone back and gotten my car. I didn't have a license so I would have Brandon drive me around. I signed my name and wrote the date and on the photo.

The third array I looked at all eight photos and I told the detectives that photo number six is a photo of "Little Guy". I know that his real name is Anthony Arillotta. I signed my name and wrote the date on the photo. I know that Freddy was talking about Arillotta when Freddy told me that the "Little Guy" had gone to Port Chester and gotten the ok to kill Bruno.

The fourth array I looked at all eight and I told the detectives that the person in photo number four was Billy Geas. Billy and Fred are cousins. Billy was with Freddy when they gave me a ride to Port Chester. I signed my name and wrote the date on his photo.

The fifth array I looked at six photos and I told the detectives that photo number seven was a photo of Ty Geas. I actually lived with Ty for a period of time in an apartment in West Springfield. Freddy and Ty are very close. Ty knew that I was going to kill Bruno but I never spoke to him about it. He was at the cigar shop the day I spoke to Freddy about killing Bruno but he stayed inside. I did talk to Ty about Bruno one time when I came home but it was after I killed Bruno. I signed my name and put the date on his photo.

In the sixth array I looked at all eight photos and I told the detectives that photo number three was a photo of Michael Decaro. I signed my name on his photo and put the date. I don't know if he knew that I was going to kill Bruno or not. Michael is friends with Freddy and Ty. I did have an incident with Michael at the State Street Tavern the night before I killed Bruno.

Leading up to the murder I know that Freddy Geas told me that Emilio Fusco was going to let him know when Bruno was around

7 PR

so Freddy could call me. Before I killed Bruno I saw Bruno and Fusco together at the State Street Tavern. Fusco was going to let Freddy know where Bruno was because Bruno had hurt himself falling down some stairs and he had surgery on his eyes, so Bruno wasn't in his regular routine.

    This is just my initial statement in regards to my cooperation. I do have additional details that I will provide to the police later.

*[signature]*

05-12-035023-1        *[signature]*        DA DISCOVERY        PAGE: 6552

USAO-00006555