On 5/27/97, NK 12444 provided the following information to SA Robert L. Bukowski:

Source stated that the following changes have taken place to the CARPENTERS DISTRICT COUNCIL OF WESTCHESTER, 10 Saw Mill River Rd, Hawthorne, NY. The Business Rep. for Local Union # 137 is now JEFF KAYSER. The Business Rep. for Local #188 is now JOHN GIARDINA. The Business Rep. for Local # 1134 is STANLEY TORTWALD. The other Local's, #53, 149, and 163 have remained the same.

The Business Rep. for Local # 53, JAMES NICHOLSON, is in LOUIE DILALLA's pocket. The GAMBINO FAMILY controls Local # 137, JEFF KAYSER, and the GENOVESE FAMILY controls # 188 through JOHN GIARDINA.

FD-302 (Rev. 10-6-95)



- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription   10/12/99

    Source, who is not in a position to testify, provided the following information:

    Source stated that in the CARPENTERS UNION, JOHN GIARDINA, Business Agent (BA) was recently fired and JOHN LICARI, BA is in Las Vegas. LICARI has PATSY PARRELLO's money. They were the top BA's for the union. GIARDINA was the "middleman". He is married to GUMBA JOHNNY's sister who works for the Mayor of Yonkers. GUMBA JOHHNY's father is a former police officer in Yonkers, and he is also best friends with the mayor.

    PARRELLO still has meetings at his restaurant RIGILETTOS, on Wednesday's and Saturday's. They take place between 2:00 pm and 5:00 pm on Saturdays, and all during the day on Wednesday.

    Two companies that kick-back to JOE DENTE JR, are:

    1- JIM CAMPABOSO, owner of NE DRYWALL

    2- LOU SULLA, owner of PRECISION CARPENTRY,
       113 Buena Vista dr, White Plains, NY

    Source further stated that JOHN FUCHS has a girlfriend "Hope", who works in the union's benifet section on Long Island, NY. FUCHS wants to move her to Westchester County. Reportedly she is also involved with a "wiseguy", but Source does not know the name at this time.

137-NY-93452 A -43

3520-89
John Bologna

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION



Date of transcription    11/29/99

      Source, who is not in a position to testify, provided the following information:

      Source stated that the construction project to extend the STAR OF AMERICA HOTEL is being controlled by LOUIE DILALLA. DELALLA paid the project manager $50,000.00 so it would not be a union job. DELLALA was able to see the bid before it was awarded.

      Soure could not provide any other pertinent information.

328rlb08.302

Investigation on    11/24/99    at   New Jersey

File #   137aNK93452  281ANY269912  281ANY221927    Date dictated

by   SA Robert L. Bukowski

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; 3520-90

137A-NK-93452-A-44   John Bologna

FD-302 (Rev. 10-6-95)



- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription     2/11/00

Source, who is not in a position to testify, provided the following information:

PATSY PARRELLO, who is a Captain, has ROBERT MILANO take the money "downtown" to QUIET DOM everyday. He meets QUIET DOM on the upper West side of Manhattan around 116th street.

The construction work that is going on at the old Revlon Building (Riverside Building) in Tuchahoe, N.Y. is being done by the owner of the construction company DON DINTO. He has 15 fifteen non-union men in on weekends and nights. DON COSTELLO is the BUSINESS AGENT, along with STANLEY (LNU). They meet PATSY at a cemetary in the area where they handle all the "beefs".

RALPH BONAMIS, Head of the Business Agents, has made JAYSON LIGORI Shop Stewart and is paying to look the other way. He is also responsible to "work things out" with DOM DINTO when there is a problem.

Source could not provide any other pertinent information.

042rlb04.302

| | |
|---|---|
| Investigation on | 2/8/00 | at New Jersey |

File # 137ANK93452   281ANY269912  281ANY221927     Date dictated

by   SA Robert L. Bukowski

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

137A-NK-93452-A-45

3520-91

John Bologna

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription 4/18/01

Source, who is not in a position to testify, provided the following information:

Source stated that JASON HALPERN, of HALPERN CONSTRUCTION, Ardsley, New York, is with "Wise Guy" EDDIE GARAFOLA, a member of the GAMBINO FAMILY from Staten Island, N.Y. HALPERN is presently caught up between working with the New York and the New Jersey LUCHESE FAMILY. He has done work with bothall, and has moved onto working in New Jersey.

HALPERN was brought originally to PATSY PARELLO in the Bronx, N.Y. where he was introduced to PATSY'S cousin GUY BOWSO, who subsequently brought him to New Jersey. HALPERN met BOWSO at PARELLO's restaurant, RIGALETTO's on Arthur Ave in the Bronx, N.Y.

HALPERN was involved with the REVLON construction job in Tuckahoe, N.Y. where he was the General Contractor (GC). There he was connected to DOM DEVITO's Drywall business. DEVITO is a close friend with HALPERN. TREVOR DAVIS gave the REVLON job to HALPERN in the beginning. JOHN GIARDINA, formerly of the Carpenters Union, was the Business Rep who arranged non-union workers for HALPERN.

Source further stated that HALPERN's wife is pregnant and believes that HALPERN would probably cooperate with the FBI after his recent arrest in New Jersey. HALPERN is a Coke user, who use to sell Cocaine two to three years ago with NICK TRIOLO of Harrison, New York who also involved in the Drywall business. TRIOLO has since moved from Stamford, Connecticut to Florida.

Source added that HALPERN and DILALLA were involved in "Bid-rigging" as the "GC" at the ANDRON (phonetic) construction cite, in Goldensbridge, New York.

Source could not provide any other pertinent information.

3520-103
John Bologna

Investigation on   4/13/01      at New Jersey

File # 137A-NK-93452    281A-NY-221927        Date dictated

by    SA Robert L. Bukowski

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

137A-NK-93452      281A-NK-90735 Sub.302

Continuation of FD-302 of ___Source_____, On _7/3/01_____, Page ___2____

located at 6 Glen Road, Harrison, N.Y., telephone number 914-835-
5066. TRIOLO ran with HALPERN for three to five years. They were
very close, in both work and socially. Source added that TRIOLO
uses his mother's address for work, but lives in Connecticut.
Source believes he has since moved to Florida and owes
approximately $100,000 to the Dry Wall Union. TRIOLO's Dry Wall
company is called DT DRYWALL, Harrison, N.Y.

     Source continued that LOUIE DILLALA is TRIOLO's first
cousin. DILLALA was with GREG DIPALMA (GAMBINO FAMILY), who is
presently in prison and is planning on being released in
approximately one year from prison.

     In final, Source stated that ANDRON CONSTRUCTION
COMPANY gives all its work to LOUIE DILALLA. HALPERN is not
involved with ANDRON.

     Source could not provide any other information.

FL-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription 7/9/01

Source, who is not in a position to testify, provided the following information:

Source stated that JASON HALPERN has been with EDDIE GARAFOLA for approximately three years. They began working together at a construction site in Staten Island, New York. Source added that HALPERN is known to jump between working with different "crews" and Families.

Source continued that GUY BALSO, PATSY PARRELLO's cousin, along with JOE DENTE JR, brought HALPERN to PATSY. PATSY controls most of the construction in Westchester County. Source added that how HALPERN actually met BALSO is unknown. BALSO is the go between for PATSY, removing PATSY from direct contact with most contractors.

Source further added that HALPERN likes "running" and "hanging out" with wise guys, he wants to be one.

Source stated that TREVOR DAVIS is a big contractor involved in many big construction projects in Westchester County. DAVIS is extremely wealthy and is not known to be "in bed" with any of the wise guys. He is an honest contractor. DAVIS has always threatened to contact the FBI if he felt someone was attempting to "move in" on him. DAVIS has been involved with HALPERN's brother, JOHN in several land deals in Westchester County. Source added that DAVIS lives in Harrison, New York and believes he is approachable to talk to for information based on his reputation.

Source continued that HALPERN was thrown off the REVLON CONSTRUCTION job in Westchester County. HALPERN had a problem with DON DEVITO from the Drywall Union.

Source further stated that HALPERN used JASON LIGORI on the REVLON job and the General Electric construction job in Ossining, N.Y. He also used JOHN G. of the Carpenters Union as a Shop Stewart, who has since been fired, to bring in the non-union workers.

3520-105

Source added that NICK TRIOLO's Drywall business is John Bologna.

Investigation on  7/3/01          at New Jersey

File # 137A-NK-93452      281A-NK-90735 Sub.302    Date dictated

by  SA Robert L. Bukowski

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

137A-NK-93452   281A-NY-274165

Continuation of FD-302 of _____, On  07/03/2002  , Page  2  ____

number 914-835-5066. The business is run out of his mother's home.
He was associated with HALPERN for approximately three to five
years. TRIOLO lives in Connecticut and reportedly owes
approximately $100,000 to the Drywall Union. TRIOLO is connected
with DT DRYWALL.

LOUIE DILALLA is in the drywall business also, he is
first cousins with TRIOLO. DILALLA is associated with GREG DIPALMA,
but not connected with HALPERN.

The individual added that the ANDRON CONSTRUCTION
COMPANY, gives work to DILALLA. HALPERN is not involved with
ANDRON.

The individual could not provide any other pertinent
information.

FD-302 (Rev. 10-6-95)



- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/05/2002

An individual, who is not in a position to testify, provided the following information:

The individual stated that JASON HALPERN has been with EDDIE GARAFOLA for approximately three Years. The New Jersey "crews" believe HALPERN is going to cooperate with authorities since his arrest. HALPERN's relationship with GARAFOLA began through construction work in Staten Island, New York (NY). They continue to jump "crews" and family through job Bids.

The individual added that GUY BALZO, PATSY PARILLO's cousin, and JOE DENTE JR. brought HALPERN to PARILLO. The individual was unaware how HALPERN met BALZO. The individual added that HALPERN would want to meet PARILLO because PARILLO claims to be running all construction in Westchester County, New York (NY). The individual added that BALZO is a "wanna-be" and he acts as the go between for PARILLO.

The individual continued that TREVOR DAVIS is a rich friend of AL PIRRO. DAVIS is not known to be associated with anyone. He is a big contractor. DAVIS and the HALPERN brothers are involved with land and construction deals. TREVOR DAVIS lives in Harrison, NY. DAVIS had a problem with DON DEVITO and HALPERN was then thrown off the REVLON job. The individual added that DAVIS is believed to be approachable to talk to. DAVIS has always put the word out that he is not afraid to go to the FBI if a problem arises. The individual was unaware if HALPERN paid any kick backs on the REVLON job.

On the REVLON job, HALPERN used JASON LIGROI from the Carpenters Union on both the REVLON job and the General Electric (GE) job in Ossining, NY. LIGORI was made Shop Steward by JOHN GIARDINA of Carpenters Local 188. HALPERN was the General Contractor (GC) on these jobs.

The individual added that he was unaware if any kick backs went to GIARDINA, but stated that it would make sense.

The individual stated that NICK TRIOLO is in the Drywall business. His office is at 6 Glen Road, Harrison, NY, telephone

3520-115

John Bologna

Investigation on    07/03/2002    at   New Jersey

File #   137A-NK-93452   281A-NY-274165                    Date dictated

by    SA Robert L. Bukowski

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription     09/02/2002

     An individual, not in a position to testify, provided the following information:

     The individual stated that all "Beef's" in Connecticut (CT) and The Bronx, will be settled by TONY MEGELE, NICKY LASORSSA, BLAZE CAROSSA, JOJO CAROSSA and FUNZI SISCO. They will travel to keep the peace and all calm.

     The individual added that ARNOLD SQUITIERE plays golf frequently together at unknown golf courses in New Jersey. LOUIS FILAPELLI, and his nephew "Skip"(ANGELO), are seen with SQUITIERE regularly in his routine travels.

     JOE G., of the LUCHESE FAMILY, reports directly to STEVE CORREA on any construction jobs involving Concrete problems in New York City (NYC).

     JOE BONGIAVONNI is considering moving his "office" to either Greenwich, CT or NYC. The "Office" is being run by PAUL AVIDIVAL, TIMMY MORRIS, and with "LENNY",Last name unknown, (LNU), an ALBAINIAN. "MOE", a known individual involved in drugs from the area, is "banking" the gambling office.

     The individual could not provide any other pertinent information.

3520-118
John Bologna

Investigation on     08/28/2002    at    New Jersey

File #  137A-NK-93452     281A-NY-274165          Date dictated

by    SA Robert L. Bukowski

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/20/2003

An individual ,not in a position to testify, provided the following information:

The individual stated that the club on ADEE STREET is most active on Sunday, Monday and Thursday nights. The stakes are usually $5,000 to $10,000. The club is run now by "MUL" and "ALEX", both Albanians who answer to TONY MEGEALE. The card dealers are FRANK ANTOLINO JR, JOHN LNU (from New Rochelle) and JOE LNU. They reportedly average $1,500 in tips per night.

The individual added that they recently "Made" two new "Skippers". VINNY FIORI and JOJO COROSO's son NICKI COROSO.

VINNY ARTUSA, in also a "Made" guy. He owns the Nebraska Reataurant and is from Florida.

The individual continued that EDDY SISCA, FUZI's son, is running the construction end now.

The individual cold not provide any other pertinent information.

3520-129
John Bologna

Investigation on    7/16/2003    at   New Jersey

File #   137A-NK-93452,   281A-NY-274165              Date dictated

by   SA Robert L. Bukowski

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/20/2003

An individual ,not in a position to testify, provided the
following information:

The individual stated that the club on ADEE STREET is
most active on Sunday, Monday and Thursday nights. The stakes are
usually $5,000 to $10,000. The club is run now by "MUL" and "ALEX",
both Albanians who answer to TONY MEGEALE. The card dealers are
FRANK ANTOLINO JR, JOHN LNU (from New Rochelle) and JOE LNU. They
reportedly average $1,500 in tips per night.

The individual added that they recently "Made" two new
"Skippers". VINNY FIORI and JOJO COROSO's son NICKI COROSO.

VINNY ARTUSA, in also a "Made" guy. He owns the Nebraska
Reataurant and is from Florida.

The individual continued that EDDY SISCA, FUZI's son, is
running the construction end now.

The individual cold not provide any other pertinent
information.

3520-129
John Bologna

Investigation on    7/16/2003    at   New Jersey

File #  137A-NK-93452   281A-NY-274165        Date dictated

by    SA Robert L. Bukowski

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it is not to be distributed outside your agency.