6/6

aware of request for AA ?? by R/E let
DK attest
knew shakedown
→ prior AA request — DK warned for faulty
of proposition → 
why would AA think you would want to
go to DK and borrow ideas to get $
from JS.

DK referred some IRS cases to ~~Betty~~ Peter Murphy
↳ Discrimination cases
↳ by check (labor board issue)

Ask DK if Beaumont could
assist w/ Insurance loss reserve (industry).

Emilio was happy AA arrested, I'm not like him.
After AA now known as CW

thinks # business was split between AA & Emilio.

dancers paid $15 to Jimmy to dance.
Now that are considered employees & paid $2.63
a hr. + tips get them up to min. wage.
Pretty Woman, Inc. run by Shai - hires girls
now dissolved because of nthng. They are employees

Jimmy 2. met through Kevin in ct.
He said he would help J with the
extortion of Mardi Gras. Jimmy didn't
want his help because he knew what
would come this. Jimmy was involved in
Club in NY in Queens w/ him.

5/24
5/24/10 JA, ML, BW, DB, TM
NY,
H.C. 4/15.                    Anthony Turno
John dadvci org. owner of M.G.
Delevo + Bendo became partners with dadvci whose
son was degenerate gambler
John found Jimmy who pd $160,000
bought in 89
both made members - Jimmy knew at time. Jimmy's
father worked for them running ts.
Jimmy was already in bar business.
He was a bookmaker with his cousin. Rex Cunningham
Mario Fiore is Jimmy's uncle
1992 - Jimmy seps. from Rex
1994 - Rex went to jail

{ current ownership }
Anthony 2/3            approx '94 J bought bdg.
Carol Delevio 1/6      with his own $, 100%
Turno 1/4

yearly bonus of $10,000 Checks      paid to
$1000 per week  checks              Delevo &
monthly bonus $1,000 Cash           Turno

Baba tried to open Gold Club in early 80's

J is 100% owner of his other businesses

3510-3
James Santaniello  Vinh -- Toro has all dumpster businesses for Jimmy

businesses '04 since
Allied Waste - Emilio is broker
or Aliance Waste

They made an alliance w/ Foxy Lady
Bobi, Sckybel, Richard Frannel, Anthony Delevo
from R.I. J put up $200,000 for Gold
Club. Problems with getting liq. license.
Delevo made Richard pay J back
in Chicopee. Delevo got ruling in NY that Delevo
could open club, + that there was nothing J
could do about opening.

Delevo was going to be made boss, but had
health problems so Bruno made boss.

Extortion of club when Bologna came. He put $2
cover on door. He had the ear of the bosses
in NY. I'm not made but

Bruno & Baba come to J + say u have to pay
$500 a week. They wanted $2,000 or $2,500
a week so were doing u a favor. Jimmy
paid them. $12,000 a month for 2 yrs. later

Dilevo & Bruno hated each other. Dilevo hit Bruno

Cunningham worshiped Bruno.
Rex & J would give Mario a bonus of
3-$4,000 at end of yr, & they Made gambling $.

Rex & Bruno were together every day after J broke w/ Rex.

J has small sports bet business.

J would pay the $500 to either Victor or AA Bruno a week.
Bruno tells J that he will keep everyone away from him. Just pay B(the)runo.

AA told J that he was gonna take Baba's vending business. J had Baba in all J businesses. J was not allowed to have any other vendor. Baba called J and said please don't switch. J called father - What's going on.   "I'll talk b father"    Power struggle

Approx '03
                                under AA
Vendor - 50%              25%
Owner - 50%               75%

                                       Cimino/
Still $700,000 - 900,000 J pays to Baba to buy
pending him out. AA pays 25% to AA just for
Jimmy's locations. Approx 3 mos. later
AA says the Poker Machines are Mine.

Cimino was going to sell to Sarno. They argued Jimmy told Felix to go see AA.

Mike Cimino - Baba's son-in-law
ran vending business
J met with Mike who says Baba isn't boss anymore.
Mike Cimino had Felix come to a meeting w/ Jimmy at the Riverboat
J had Charlie Stegnarlo collecting the $ from the machines.

In the beginning J wouldn't speak to Freddy + Ty since they weren't Italian.

Jimmy Sometime left the $ with Danny Kelley.
Freddy + Ty   Anthony + NY
 25%   25%   25%   25%
Anthony told Jimmy this.

Jimmy told Bruno he wasn't gonna pay anymore.
Small Time where J doesn't pay.

Bruno + AA were together but then J thought there was a split. J thought AA could have been made. He was defying Baba + Bruno. People thought Baba was "squealing" when Dilevo went to jail.

Felix does Baba's dirty work, Dilevo, Mario Florio

After Bruno's death Felix came + told J that he owed $3,000. Carol paid Felix the $3,000.

J paid $ to AA and others & it grew to $12,500 from time of Jimmy purchasing vending machine business.

3 yrs. ago when Emilio went to Italy he asked Jimmy to pay & Jimmy told him know. Emilio then asked for Carol's $ but J said no. Her name was on paperwork.

J was paying Freddy & Ty during the time when Anthony was in jail.
$12,000 - Month
J told Ty I can't keep paying this

J- gave $100,000 note on Cafe Manhattan · 50%
last yr. of it being open
Negotiated with Ty in Danny's office.
Guys from Cafe Manhattan owed J - 100,000.
J forgave note & gave to Freddy & Ty.

Donut Dip in E. Longmeadow
Felix went outside with Carol & Mario.
J was inside. Felix told Carol he was going to poke Jimmy's eyes out if he didn't start paying.

J paid Mario $18,000 Center Stage the Old 418. to give up on the 1st refusal. but he still wanted $300 week.

Emilio gave the $ (Jimmy 1/2) to Jimmy who wrote ✓ to the people.

$25,000 — to Bobby Spuno as favor to Emilio

$100,000 Liquors Pizza

$96,000 Joe Williams in New Haven

J miller bought 2 family house from Joe Williams

Joe Williams ran away J sold at auction for $20,000.

Reno extorted bookmakers. Doesn't know if Reno is made.

Bologna told J that he was going to start paying.
Bruno told J that Bruno was boss.

Victor, AA, JB & others would come into Mardi Gras. After Bruno was killed Victor stayed away from AA & others.

JB called J to meet at Crown Plaza. Met w/ him with Bruno in Ct border. JB had guys w/ him May be Brian. This is John Bologna, he's a friend.

AA, JB, J, & two guys w/JB at Crown Plaza in Enfield
2nd meeting "You're gonna pay me $25,000 & 2,500 a week starting New Year. Do u want my answer now. No, you can think about it. About 2 weeks before New Years.