Gus in Ct. told J that people in NY thought
Iowa Keepers he was worth $50 million.
Milford, Ct.       100 care club
J was supposed to be 50% partners. J
said I don't pay. Gus said he paid.

SB - Made it seem he was watching or helping
Springfield.

Nigro & Pat + Bruno at ~~Casa Nuzas~~ Caguna's
on Colum
Jimmy - consultant to businesses         BSC
Mardi Gras - In brothers name   J owns Real Estate
350 Grill - In Sheri Via's name            BSC
Centre Stage - wife         J own Real Estate
Joe Sullo had previously wanted to buy years ago.
Lace - wife Helen Santanello
Fifth Alarm - Sheri Via's,       Landlord  BSC Realty
landlord to Sinners & Saints on Bridge St.
Brookside Cafe - Preston, Ct. Rt. 2A     BS
     75% wife & Diane Fusco 25%.
Wendell of Preston   in James
Mardi Gras II, CT wife
Anthony's - South Hadley, Mass - wife
Riverboat, Agawan
     wife 50%  Diane Fusco 50%
Springfield Coconuts - wife            SCS Realty - wife owns propert

Properties

Shamrock Cafe - Suffield Ct.
  Wife owns
On in Mardi Gras Blg.           J owns
  - Sons name Anthony
Club Estatic - Richard Stanbolsky - Act.
Pure - wife

office | 525 Belmont Ave.
Springfield
 - owns R.E. business in there
 - Vending Starlight Vending - Mike Brisbois
                                           name
tenants { - brothers Ins. & Real Estate
    Santaniello Ins.
  - SCS Realty & owner of blg.

Spencer, Mass - owns 30 blg. lots

Last yr. AA wanted J. to buy into a tire business. J would front for them but has no intention to do (give impression)

Frankie Pug currently wants Jimmy to get involved in trash/recycling business.

Ty is attempting to get $ from Jimmy right now. 2 times in last 2 M Jimmy is driving someone else's

Ty — to hide from him. Ty waits in parking lot w/ hood on
I wouldn't squeal, AA did.

J gave $25,000 cash approx 2 yrs. ago to Ty. He asked for $25,000. Paid in several installments. J told Ty not to tell anyone because he knew they would come & ask. After AA came to J to help him & said u helped Ty AA wanted help w/ a business.

Bobby Spano left 3 Rolex's watches on collateral for loan. Emilio called Mike today & said to sell the watches. J had Mike Brisberg call Bobby & told him to have Bobby bring $400 by next week or watches would be sold.

Emilio was from Quindney, Italy.
Emilio calls J Solftus — dompster
Emilio came to J about credit card deal.

Felx — Saw Felix at a wake a month ago. How you doing
Just waiting, just waiting

Ty — AA squealed on just guys in NY, and not me & Freddy. He wouldn't squeal on me just guys in NY.

5/24

5/24/10 JA, ML, BW, DB, TM

Nok

HC 4/15.                    Anthony Turno
John Daduci org. owner of M.G.
Delevo + Bendo became partners with daduci whose
son was degenerate gambler
John found Jimmy who pd $160,000
bought in 89
both made members - Jimmy knew at time. Jimmy's
father worked for them running #s.
Jimmy was already in bar business.
He was a bookmaker with his cousin. Rex Cunningham
Mario Fiore is Jimmy's uncle
1992 - Jimmy seps. from Rex
1994 - Rex went to jail

current ownership {
Anthony  2/3           approx '94 J bought bdg.
Carol Delevio 1/6      with his own $. 100%
Turno 1/4
}

yearly bonus of $10,000 checks       paid to
$1000 per week checks                Delevo &
monthly bonus $1,000 cash            Turno

Baba tried to open Gold Club in early 80's

J is 100% owner of his other businesses.

3510-3
James Santaniello  Knull - Faro has all dumpster businesses for Jimmy's

businesses '04 since
Allied Waster - Emilio is broker
or Aliana Waster

They made an alliance w/ Foxy Lady
Babi Schuyler, Richard Frannel, Anthony Delevo
from R.I. J put up $200,000 for Gold
Club. Problems with getting liq. license.
Delevo made Richard pay J back
in Chicopee. Delevo got ruling in NY that Delevo
could open club, + that there was nothing J
could do about opening.

Delevo was going to be made boss, but had
health problems so Bruno made boss.

Extortion of club when Bologna came. He put $2
cover on door. He had the ear of the bosses
in NY. I'm not made but

Bruno & Baba come to J + say u have to pay
$500 a week. They wanted $2,000 or $2,500
a week so were doing u a favor. Jimmy
paid them. $12,000 a month for 2 yrs. later

Dilevo & Bruno hated each other. Dilevo hit Bruno

Cunningham worshiped Bruno.

Rex & J would give Mario a bonus of 3-4,000 at end of yr, & they needed gambling $.

Rex & Bruno were together every day after J broke w/ Rex.

J has small sports bet business.

J would pay the $500 to either Victor or AA Bruno a week.
Bruno tells J that he will keep everyone away from him. Just pay Bruno (like).

AA told J that he was gonna take Baba's vending business. J had Baba in all J businesses. J was not allowed to have any other vendor. Baba called J and said please don't switch. J called father — what's going on.  "I'll talk to father"  Power struggle

Approx. '02-'03
                          under AA
Vendor - 50%      25%
Owner - 50%       75%

Stry vending  700,000 - 900,000 J pays to Baba to buy him out. AA pays 25% to AA just for Jimmy's locations.   Approx. 3 mos. later — Cimino/ AA says the Poker Machines are mine.

Cimino was going to sell to Sarno. They argued Jimmy told Felix to go see AA.

Mike Cimino - Baba's Son-in-law
 ran vending business
J met with Mike who says Baba isn't boss anymore.
Mike Cimino had Felix come to a meeting w/ Jimmy at the Riverboat
J had Charlie Stegnarlo collecting the $ from the machines.

In the beginning J wouldn't speak to Freddy + Ty since they weren't Italian.

Jimmy Sometime left the $ with Danny Kelly.

| Freddy | Ty | Anthony | NY |
|---|---|---|---|
| $25?o | 25?o | 25?o | 25?o |

Anthony told Jimmy this.

Jimmy told Bruno he wasn't gonna pay anymore.
Small Time where J doesn't pay.

Bruno + AA were together but then J thought there was a split. J thought AA could have been made. He was defying Baba + Bruno; People thought Baba was "squealing" when Dilevo went to jail.

Felix does Baba's dirty work, Dilevo, Mario Fiurio

After Bruno's death — Felix came + told J that he owed $3,000. Carol paid Felix the $3,000.

J paid $ to AA and others & it grew to $12,000 from time of Jimmy purchasing vending machine business.

3 yrs. ago when Emilio went to Italy he asked Jimmy to pay & Jimmy told him know. Emilio then asked for Carol's $ but J said no. her name was on paperwork.

J was paying Freddy + Ty during the time when Anthony was in jail.
$2,000 Month
J told Ty I can't keep paying this
J - gave $100,000 note on Cafe Manhattan · 50%
last yr. of it being open
Negotiated with Ty in Danny's office.
Guys from Cafe Manhattan owed J - 100,000.
J forgave note & gave to Freddy & Ty.

Donut Dip in E. Longmeadow
Felix went outside with Carol & Mario.
J was inside. Felix told Carol he was going to poke Jimmy's eyes out if he didn't start paying.