
JB

Massachusetts State Police     Special Service Section

**Region: SSS West**     **Case#: 2002-032-0034**
Report Type: Interview     Final Copy

Date & Time
- Day of Week: Wednesday
- Incident Date: 10/09/2002
- Incident Time: 08:30 PM
- Date Submitted: 10/11/2002

Location:
- Dba:
- Street:
- City:
- State: MA

Subjects:
- ARILLOTTA Anthony
- BASILE Joseph
- BOLOGNA John
- BRUNO Adolfo
- BRUNO Victor
- CAPUTO Nicola
- CECCHETELLI David
- DELUCA Pasquale
- KUSELIAS Jeffrey
- LIQUORI Anthony
- SANTANIELLO James
- SANTOS Louie
- SARES Theodore
- TRANGHESE Felix
- ZAMBONI Natalino

Officers:
- Reporting Officer: ALBEN Timothy
- Assisting Officers: MURPHY Thomas

**Report Summary:**
Interview with CI

On 10/09/02 Sgt Thomas J. Murphy and this officer interviewed a cooperating individual hereafter referred to as CI 02-0034-5. He/she is not in a position to testify and his/her safety would be in jeopardy if his/her identity were known to targets of this investigation. CI 02-0034-5 has direct knowledge that Adolfo BRUNO has consistently shown interest in the trash hauling or carting business. The focus of BRUNO'S attention continues to be an individual named David SANTOS of "McBride Waste" of Hartford, Connecticut.

In 2001 source stated that Joseph BASILE, Felix TRANGHESE and Dave SANTOS traveled to a location outside of Canton, Ohio to look at a waste recycling/landfill area. According to the source, an investor known only as "Michael" was also at the meeting. Michael was described as an Italian American male, mid thirties who is associated with "Barclay's Bank" in New York. Michael was put in touch with BRUNO by John BOLOGNA. This contact and trip is believed to have occurred in the Spring of 2001.

According to the source, BRUNO is also associated with an individual named "Greg" who is associated in some capacity with "K.C. METALS" of New Haven, Connecticut.

According to source, the plan to begin extorting area bar owners was an idea hatched with John BOLOGNA. BOLOGNA told area associates that in New York, clubs (and especially strip clubs) pay a "tax" to OC to conduct business. Source stated that initially several business owners were approached. In particular, former "Hot Club" manager Paul FINCH was at one time experiencing

*[handwritten: This shows JB is calling the shots in Springfield]*

3535

1

DA DISCOVERY

Interview 10/09/2002
PAGE: 3535
USAO-00003536

Massachusetts State Police                                              Special Service Section

problems within his club especially with young Italian males starting fights. This problem was made known to Victor BRUNO who, according to the source, interceded and the problems dissipated. Grateful, FINCH send a gift of $400 to BRUNO as a token of his appreciation. BRUNO liked the idea of the gift so much that they required FINCH to consistently make the payment. In addition to FINCH, source stated that James FIORE (Cocktails), James SANTANIELLO (Mardi Gras and 418) were paying. All told, approximately $8,000 was collected monthly. Oddly, those who refused to pay were never harmed or threatened. The total monthly take was then divided up, presumably between BRUNO, TRANGHESE, BOLOGNA, ARILLOTTA, BASILE and other money going to New York. BOLOGNA'S job was to transport money back to New York mob members.

Source stated that the boss in New York is an individual named "Pat" (identified in MSP surveillance as Pasquale DELUCA). Source knows that "Pat" was in Springfield for the grand opening of the Caputo family new wine and liquor store on Main Street opposite the "Red Rose" in July. Source stated that the Caputo's own a vacation home in south Florida that is in close proximity to property owned by this "Pat" and socialize with him in Florida.

Source knows that BRUNO, through ARILLOTTA, collects a large portion of his income from forcing bookmakers to pay a portion of their book to them. Source knows most of these paying bookmakers as Dino ZAMBONI (who uses second floor apartment on Margaret Street as a base of operation), Teddy SARES, Jeff KUSELIAS, Tony LIQUORI, Frank PUGLIANO, David CECCHETELLI and an unknown male who operates a business on Damon Rd in Northampton.

Source believes that ARILLOTTA uses a telephone located within "Smoke and Grounds" store on Memorial Drive to conduct some of his illegal business.

Source knows ARILLOTTA to have two cell phones. One is (413) 262-3804 which is the more frequently used phone but also used for more general purpose such a s communicating with his wife and friends. A second cell phone which source does not know number may be used for more illicit purposes. ARILLOTTA formerly traveled to a Verizon store located in Enfield, Connecticut where he would obtain a new cellular telephone for BRUNO on a monthly basis. Source states that this practice may have switched to a cell phone store located on Main Street in Springfield located within the former "Ciro's" building in the south end. BRUNO disposes of phones monthly.

BRUNO has warned most all that the "Feds have been here in record numbers". This information derives from BRUNO'S contacts within the Sheraton Hotel (Picknally Family) in Springfield. BRUNO assumes that the feds presence is an OC related matter. Source has observed BRUNO in presence of PICKNALLY in the past.

John BOLOGNA claims to have knowledge of a federal investigation of New York/Springfield extortionate scheme. BOLOGNA has claimed to have a relative inside the federal law enforcement/judicial system in New York who provides information on investigations.

Source claims that some material was uncovered in the Hampden Superior Court Clerks Office which was construed to point to Louis "The Shoe" SANTOS as an informant for law enforcement. This was relayed from a tall black male assistant clerk (possibly Bill EASON) to Susan KELLY

3536
Interview 10/09/2002

2
DA DISCOVERY

PAGE: 3536

USAO-00003537

5-17-04

Massachusetts State Police                                          Special Service Section

| Region: SSS | Case#: 2004-032-0025 |
|---|---|

**Report Type:** Intelligence         **Preliminary Draft**

**Date & Time:**
- Day of Week: Monday
- Incident Date: 05/17/2004
- Incident Time: 08:30 PM
- Date Submitted: 05/21/2004

**Location:**
- Dba:
- Street:
- City: SPRINGFIELD
- State: MA

**Subjects:**
ARILLOTTA Anthony;04/02/1968
BOLOGNA John;05/22/1941
BONO Leo
BRUNO Adolfo;11/24/1945
BRUNO Victor;09/02/1971
CIMMINO Michael;03/08/1960
DELEVO Anthony;01/02/1940
DELEVO Carol;12/15/1944
FIORE Mario;06/03/1924
GEAS JR Fotios;11/21/1966
GEAS Tyler;01/16/1972
MASTROTOTARO Carlo;07/03/1920
PUGLIANO Frank;04/11/1928
SAMPSON Timothy;05/16/1969
SANTANIELLO James;10/29/1949
SCIBELLI Albert;06/19/1920
TRANGHESE Felix;11/23/1951

**Officers:**
- Reporting Officer: MURPHY Thomas
- Assisting Officers: MICHEL, John

**Report Summary:**
Intel interview regarding ongoing extortionate scheme in Springfield area

On the above listed date and time, named officers spoke with a cooperating confidential source concerning an ongoing extortionate scheme. The source in not in a position to testify out of fear for family and personal safety. The source reports that extortion is being perpetuated in the Springfield area by members and associates of the local Genovese faction of L.C.N. The following account and details were provided by this source who intimately familiar with a significant host of Springfield area business owners and their respective dealings.

At the commencement of 2001, a percentage of weekly profits generated from the Mardi Gras Nightclub in Springfield were directed to Anthony DELEVO by virtue of his hidden interest and partnership in this enterprise. The primary owner and proprietor of the Mardi Gras is James SANTANIELLO of Longmeadow Ma. DELEVO's business interest and weekly proceeds were well established and being compensated for a number of years prior. During this same time period, DELEVO held the position of "street boss" over area Genovese members. However, due to DELEVO's pending charges in Federal Court for Racketeering, Conspiracy and Money Laundering, discussion was under way by ranking New York Genovese members to name a new "street boss" prior to DELEVO's pending incarceration. In relation to his replacement, a number of meetings were held between Albert SCIBELLI, Adolfo BRUNO and DELEVO concerning who would take over as "street boss" for Genovese interest in the Springfield area. Against DELEVO's wishes, it was ultimately determined by New York ranking members that Adolfo BRUNO would take over in this capacity. State Police carried out a wave of raids and seizures involving Albert SCIBELLI's S&M Vending business enterprise later in the calendar year of 2001. As a result of State Police

1

Intelligence 05/17/2004

3510-2
James Santaniello

Massachusetts State Police                                    Special Service Section

**Region: SSS**                                  **Case #: 2004-03-25-0025**

Report Type: Intelligence                        Preliminary Draft

**Date & Time:**
Day of Week: Monday
Incident Date: 05/17/2004
Incident Time: 08:30 PM
Date Submitted: 05/21/2004

**Location:**
Dba:
Street:
City: SPRINGFIELD
State: MA

**Subjects:**
ARILLOTTA Anthony;04/02/1968
BOLOGNA John;05/22/1941
BONO Leo
BRUNO Adolfo;11/24/1945
BRUNO Victor;09/02/1971
CIMMINO Michael;03/08/1960
DELEVO Anthony;01/02/1940
DELEVO Carol;12/15/1944
FIORE Mario;06/03/1924
GEAS JR Fotios;11/21/1966
GEAS Tyler;01/16/1972
MASTROTOTARO Carlo;07/03/1920
PUGLIANO Frank;04/11/1928
SAMPSON Timothy;05/16/1969
SANTANIELLO James;10/29/1949
SCIBELLI Albert;06/19/1920
TRANGHESE Felix;11/23/1951

**Officers:**
Reporting Officer: MURPHY Thomas
Assisting Officers: MICHEL, John

**Report Summary:**
Intel interview regarding ongoing extortionate scheme in Springfield area

On the above listed date and time, named officers spoke with a cooperating confidential source concerning an ongoing extortionate scheme. The source in not in a position to testify out of fear for family and personal safety. The source reports that extortion is being perpetuated in the Springfield area by members and associates of the local Genovese faction of L.C.N. The following account and details were provided by this source who intimately familiar with a significant host of Springfield area business owners and their respective dealings.

At the commencement of 2001, a percentage of weekly profits generated from the Mardi Gras Nightclub in Springfield were directed to Anthony DELEVO by virtue of his hidden interest and partnership in this enterprise. The primary owner and proprietor of the Mardi Gras is James SANTANIELLO of Longmeadow Ma. DELEVO's business interest and weekly proceeds were well established and being compensated for a number of years prior. During this same time period, DELEVO held the position of "street boss" over area Genovese members. However, due to DELEVO's pending charges in Federal Court for Racketeering, Conspiracy and Money Laundering, discussion was under way by ranking New York Genovese members to name a new "street boss" prior to DELEVO's pending incarceration. In relation to his replacement, a number of meetings were held between Albert SCIBELLI, Adolfo BRUNO and DELEVO concerning who would take over as "street boss" for Genovese interest in the Springfield area. Against DELEVO's wishes, it was ultimately determined by New York ranking members that Adolfo BRUNO would take over in this capacity. State Police carried out a wave of raids and seizures involving Albert SCIBELLI's S&M Vending business enterprise later in the calendar year of 2001. As a result of State Police

Massachusetts State Police                                          Special Service Section

enforcement actions and subsequent criminal charges, Genovese L.C.N. lost a significant source of weekly revenues derived through illicit monies generated by SCIBELLI and his son in law Michael CIMMINO After State Police enforcement actions, James SANTANIELLO was approached by Albert SCIBELLI along with Felix TRANGHESE and advised that he would be required to make weekly monetary payments in order to help offset recent losses related to enforcement actions against the S&M video poker machine business. It was represented by both SCIBELLI and TRANGHESE that these weekly payments would be directed to BRUNO and a percentage returned to L.C.N. in New York. It was further determined that SANTANIELLO would be initially required to make payments of $500.00 per week. The payments were routinely collected or forwarded to BRUNO personally, his son Victor BRUNO or Felix TRANGHESE. This practice continued with consistent regularity into the calendar year 2002.

During the late spring of 2002, and two individuals from New York began to frequent the Mardi Gras Strip Club on weekends in a consistent fashion. Their identities were subsequently determined to be John BOLOGNA and Timothy SAMPSON. BOLOGNA was initially introduced to Mardi Gras owner James SANTANIELLO through Adolfo BRUNO and Anthony ARILLOTTA. BOLOGNA stated that he was sent to the Springfield area to represent Genovese interest out of New York in the Springfield territory. SAMPSON, who was large and intimidating in stature, appeared to act as BOLOGNA's force or muscle. BOLOGNA and SAMPSON were present at the MARDI GRAS and several other downtown Springfield bars on Friday and Saturday evenings with routine frequency through the spring and summer months of 2002. BOLOGNA and SAMPSON were routinely accompanied by Anthony ARILLOTTA who chauffeured them around the area while they were in Springfield. BOLOGNA kept consistent contact with Adolfo BRUNO and conducted face to face meetings with BRUNO while in the Springfield area. BOLOGNA pressed the Mardi Gras owner James SANTANIELLO for $1.00 cut from each cover charge collected at the door of the establishment. BOLOGNA represented that it was established practice in New York for a club to pay $1.00 of each collected cover charge at the door to L.C.N. BOLOGNA spent several weekends during the spring of 2002 clocking or monitoring the attendance of the Mardi Gras in order to estimate and report back to New York the revenues generated on cover charges at this establishment.

By September of 2002, James SANTANIELLO was being pressured by BRUNO to increase weekly payments to $1000.00 per week. BOLOGNA worked in concert with BRUNO to have SANTANIELLO concede to increase weekly payments. BOLOGNA continually represented to SANTANIELLO that this increase was mandated and requested by L.C.N. members in New York. BOLOGNA made repeated threats to SANTANIELLO including physical harm should he fail to comply with these arrangements. SANTANIELLO conceded to begin making $1000.00 payments to BRUNO, BOLOGNA and associates. As of the fall of 2002, SANTANIELLO commenced forwarding weekly payments $1000.00 to BRUNO through his son Victor BRUNO, an associate identified as Leo BONO or Anthony ARILLOTTA. John BOLOGNA abruptly discontinued his visits to the Springfield area prior to the end of September 2002.

Ten days prior to Christmas 2002, SANTANIELLO was contacted by Anthony ARILLOTTA advising that he needed to meet John BOLOGNA at the Raddison Hotel in Enfield Connecticut to discuss weekly payments. Later this same date, SANTANIELLO met BOLOGNA along with

[handwritten margin note: A.A. STATED IN HIS TESTIMONY HE UP TO $200 AT DOOR NOT $1.00]

                                                              Intelligence 05/17/2004
                                    2

Massachusetts State Police                                    Special Service Section

ARILLOTTA in the parking lot of the Raddison Hotel adjacent to the front door. BOLOGNA expressed dissatisfaction with the current level of payments being provided by SANTANIELLO. BOLOGNA demanded that SANTANIELLO provide a lump sum payment of $100,000.00 and increase his weekly payments to $2500.00. BOLOGNA advised SANTANIELLO that his failure to comply would result in his head being split open. Upon detecting reluctance on SANTANIELLO's part, BOLOGNA began to inquire as to whether SANTANIELLO could raise and provide the amount demanded. SANTANIELLO responded in the negative. BOLOGNA attempted to negotiate as to what SANTANIELLO could raise for money. BOLOGNA instructed SANTANIELLO to remain silent regarding this meeting and the new demands. SANTANIELLO was advised that BOLOGNA, BRUNO and ARILLOTTA were the only ones privy to details of this matter. The meeting concluded with the understanding that SANTANIELLO would be required to substantially increase his payments to these individuals. Shortly after this meeting, SANTANIELLO ceased making any payments to this group. SANTANIELLO's failure to continue payments led to a number of discussions between BRUNO, Anthony ARILLOTTA and Mario FIORE as to what action to take to get SANTANIELLO back to making weekly payments. In early January of 2003, a meeting took place between BRUNO and SANTANIELLO in front of Gerry's Jungle on White Street Springfield. At this meeting SANTANIELLO advised BRUNO that he was not going to make any further weekly payments. BRUNO stated to SANTANIELLO that he was making a bad decision and that it was going to lead to problems for SANTANIELLO. SANTANIELLO left this meeting with BRUNO refusing to continue making weekly payments. Approximately two months later, BRUNO approached SANTANIELLO advising that he would keep all parties off SANTANIELLO's back if SANTANIELLO would resume weekly payments of $500.00 to BRUNO. SANTANIELLO conceded to BRUNO's request and went back to paying BRUNO this weekly sum. This practice continued through 2003 up to BRUNO's murder in November of that year.

During January of 2004, SANTANIELLO was approached by Frank PUGLIANO of West Springfield. PUGLIANO subsequently set up a meeting between Carlo MASTRATATORO of Worcester SANTANIELLO and himself in Worcester. PUGLIANO advised SANTANIELLO that he and MASTRATATORO wanted SANTANIELLO to "be with them." PUGLIANO told SANTANIELLO that he and MASTRATATORO felt they could be of assistance to SANTANIELLO in a business interest he had in Connecticut. At the meeting in Worcester SANTANIELLO was advised by PUGLIANO and MASTRATATORO that he "belonged to them". Upon returning to Springfield, PUGLIANO asked SANTANIELLO what he had been paying to BRUNO. SANTANIELLO advised PUGLIANO that he had been paying BRUNO $500.00 weekly. SANTANIELLO agreed to begin making payments to MASTRATATORO and gave PUGLIANO an initial payment of $2000.00 representing four weeks. SANTANIELLO was later informed by PUGLIANO that Carlo MASTRATATORO was insulted by this figure from SANTANIELLO and stated that he believed that SANTANIELLO had been paying BRUNO $5000.00 per week.

Ten weeks after BRUNO's murder and following the initial payment to Carlo MASTRATATORO of $2000.00, Felix TRANGHESE came to see SANTANIELLO. At this meeting, TRANGHESE informed SANTANIELLO that he owed $5000.00 representing the ten weeks of payments due since BRUNO's death. TRANGHESE further advised SANTANIELLO that he would need to pay TRANGHESE the regular weekly payments of $500.00 from this point forward. TRANGHESE stated to SANTANIELLO that PUGLIANO had no right to wander over

*REFER TO TRANGHESE RE: 5000 LOAN FOR BUSINESS*

3                                                          Intelligence 05/17/2004

Massachusetts State Police                                              Special Service Section

into this area to collect and further that he (TRANGHESE) would travel to Worcester to straighten this matter out with Carlo MASTRATATORO. TRANGHESE insisted that these weekly payments were owed to him being that this was "his area". TRANGHESE met with Mario FIORE who is related to SANTANIELLO regarding these weekly payments at the Riverboat in Agawam. At this meeting, TRANGHESE advised FIORE that if he disagreed with TRANGHESE being entitled to money from SANTANIELLO, he could take a ride with TRANGHESE to New York where this would be straightened out. The confusion as to who was entitled to weekly payments from SANTANIELLO led to a sit down meeting at the Donut Dip in East Longmeadow. Present at this meeting were Carol DELEVO accompanied by Mario FIORE. Carol DELEVO had specifically requested FIORE to attend this meeting acting in the capacity of a "made member" representing her interest. Felix TRANGHESE along with James SANTANIELLO attended this same meeting. As a result of this meeting, Carol DELEVO conceded to provide Felix TRANGHESE with $2000.00 which was provided to TRANGHESE's wife by Carol DELEVO the following morning. Carol DELEVO subsequently advised SANTANIELLO that the payment she made would only get TRANGHESE off his back for a short period assuring him that TRANGHESE would be back. This payment represented $2000.00 off the $5000.00 figure that TRANGHESE claimed was owed by SANTANIELLO after BRUNO's death.

During the spring of 2004, James SANTANIELLO was approached by Anthony ARILLOTTA and Felix TRANGHESE separately who both advised that "Baba" SCIBELLI was all done in relation to the vending business. Both ARILLOTTA and TRANGHESE instructed SANTANIELLO that they were entering the vending business and that they would be collecting a percentage of the monies realized from vending machines at all SANTANIELLO's business establishments. ARILLOTTA and TRANGHESE presented a plan to SANTANIELLO in which SANTANIELLO would purchase approximately $60,000.00 in new vending machines that he would install at his establishments. He was instructed by ARILLOTTA and TRANGHESE to order all S&M vending apparatus removed from his businesses by advising Michael CIMMINO to do same. SANTANIELLO was advised that he could utilize a percentage of profits derived from these new vending machines to pay his weekly envelope to ARILLOTTA and TRANGHESE thereby avoiding taking monies out of his business end. At the direction of ARILLOTTA and TRANGHESE SANTANIELLO subsequently purchased a host of new machines at a vending machine merchant in the Boston area and stored these machines a the Pioneer Valley Brew Pub building in downtown Springfield. By early May 2004, SANTANIELLO requested from Michael CIMMINO that he remove S&M vending machines from his businesses. By the third week of May 2004, CIMMINO had failed to have S&M machines removed from SANTANIELLO's establishments. At the direction of ARILLOTTA and TRANGHESE, On May 17, 2004, SANTANIELLO placed "out of order" stickers on the S&M equipment and had the new machines moved into his establishments. The day this activity was carried out, SANTANIELLO received a phone call from Albert "Baba" SCIBELLI who requested to meet with SANTANIELLO.

Weeks prior to carrying out the replacement of S&M machines, a meeting took place at the Hampden House restaurant in Hampden in which CIMMINO met with ARILLOTTA along with Ty and Fred GEAS. At this meeting, CIMMINO was advised that ARILLOTTA was now in the vending business and would be taking over operations of such in this area.

APPROVAL PENDING

Massachusetts State Police                                    Special Service Section

Region: SSS                                         Case #: 2004-052-0026

Report Type: Intelligence                           Preliminary Draft

**Date & Time**
Day of Week: Wednesday
Incident Date: 03/16/2005
Incident Time: 12:20 PM
Date Submitted: 03/16/2005

**Location**
Dba:
Street:
City: SPRINGFIELD
State: MA

**Subjects**
ARILLOTTA Anthony; 04/02/1968
KELLY Daniel
PUGLIANO Frank; 04/11/1928

**Officers**
Reporting Officer: MURPHY Thomas
Assisting Officers:

**Report Summary:**
Intel provided by source relating to monthly payments made to Anthony Arillotta.

On the above listed date and time, this officer received a telephone call from Sgt. John Michel. Sgt. Michel advised that he had just been contacted by a source known to both these officers that advised on the following:

Earlier this same date, a meeting took place in the law office of Attorney Daniel Kelly with Anthony Arillotta and James Santaniello in attendance. During this meeting, Arillotta informed James Santaniello in the presence of Attorney Kelly that should he (Arillotta) go away to prison in the near future for charges pending, Frank Pugliano would take over for Arillotta in collecting monty payments from Santaniello.

APPROVAL PENDING