Massachusetts State Police                                    Special Service Section

Region: SSS                                        Case #: 2006-032-0500

**Report Type:** Intelligence              **Preliminary Draft**

| Date & Time | | Location | |
|---|---|---|---|
| Day of Week: | Thursday | Dba: | |
| Incident Date: | 07/13/2006 | Street: | |
| Incident Time: | 01:30 PM | City: | SPRINGFIELD |
| Date Submitted: | 07/14/2006 | State: | MA |

**Subjects:**
BASILE Joseph;08/07/1952
CERAVOLO Reno;03/14/1964
FUSCO Emilio;10/09/1968
SILVA Rafael;02/08/1986
ZNOJ Jacob;01/08/1971

**Officers:**
Reporting Officer: MURPHY Thomas
Assisting Officers:

**Report Summary:**
Intelligence regarding Springfield O/C activity

On the aforelisted date and time, this office spoke with a source regarding organized crime information. I was informed by this source of the following:

Source reports to having been contacted by Fotios GEAS who was recently released from prison. GEAS asked source if source was being bothered by Emilio FUSCO, Ralph SILVA, Reno CERAVOLO or Joe BASILE to which source responded in the negative. GEAS advised source to just call him should anyone bother source. GEAS utilized telephone service 478-7171 to make this call.

Source reports that "word on the street" is that Ralph SILVA was being investigated for paying group of Hispanic Springfield cops to "look the other way" in relation to his narcotic distribution business. When pressed for origin of the "word on the street" source responded being told by Attorney Daniel Kelly. Attorney Kelly reported that he has contacted two Springfield Police friends with information regarding Ralph Silva's drug distribution network in downtown Springfield bars.

Source reports SILVA running with crew of seven to eight hispanics while frequenting downtown area clubs. SILVA was reported to have had recent "blowout" with Jake JNOJ at Club Shadow. Souve was informed from bartender at Teddy B's that Ralph SILVA is residing at the Springfield Holiday Inn.

APPROVAL PENDING

03/04/10  15:34  FAX 4137850394        US ATTY'S OFFICE                                ⌀009

Massachusetts State Police                                              Special Service Section

| | |
|---|---|
| Report Type: Intelligence | Preliminary Draft |

| Date & Time: | | Location: | |
|---|---|---|---|
| Day of Week: | Wednesday | Dba: | |
| Incident Date: | 08/30/2006 | Street: | |
| Incident Time: | 03:00 PM | City: | SPRINGFIELD |
| Date Submitted: | 08/31/2006 | State: | MA |

| Subjects: | Officers: | |
|---|---|---|
| ABRAMS Arthur;06/02/1942 | Reporting Officer: | MURPHY Thomas |
| BLACK, Daniel | Assisting Officers: | IMELIO Michael |
| DELEVO Anthony;01/02/1940 | | |
| DELEVO Carol;12/15/1944 | | |
| DESIMONE Gary;08/31/1953 | | |
| FUSCO Emilio;10/09/1968 | | |
| GEAS JR Fotios;11/21/1966 | | |
| GEAS William;03/28/1984 | | |
| LIQUORI, Pasquale | | |
| PUGLIANO Frank;04/11/1928 | | |
| TRANGHESE Felix;11/23/1951 | | |

**Report Summary:**
Intel report regarding O/C activity in Springfield area

On the above listed date and time, Sgt. Micheal Imelio and this officer met with a confidential source pertaining to recent incidents involving O/C members and associate in the Western Massachusetts area. This meeting was preceded by numberous reports received from confidential sources indicating that Felix TRANGHESE had received a beating from 6-7 individuals within the past several days at a construction site where he was working. At least one witness to this beating was identified as Patsy LIQUORI who was operating a machine at this location. Two subjects who are repeatedly reported to have participated in the assault on TRANGHESE have been identified by sources as Fotios GEAS and his cousin William GEAS. At least one handgun was reportedly shown during the encounter with TRANGHESE.

The following information was reported this date during the meeting with this source:

The assault of TRANGHESE was conducted by several individuals including Fotios and William GEAS. The source was uncertain as to the reason for the TRANGHESE assault. The source reported that Emelio FUSCO is seeking half the proceeds earned from Carol DELEVO relating to all her concession interests at the Big E in West Springfield. The source further reports that Carol DELEVO is quite vocal in her response that she no longer maintains an interest in these same consession by virtue of them being taken away from her by Clem MARTONE in concert with Frank PUGLIANO. Carol DELEVO is advising FUSCO that he see MARTONE regarding any proceeds he intents to extract from the Big E consessions. The source reports that a concerted effort is being made by FUSCO, Fred GEAS and other O/C associates to identify and extort rent money from all bookmakers in the Western Massacusetts area.

The source identified Gary DESIMONE and Michael RASCHILLA as conspiring together to manage a sports bookmaking operation. The source further maintains that Anthony DANIELE is managing a

Massachusetts State Police                                              Special Service Section

significant portion of bookmaking activities being funnelled to Springfield area O/C members. DANIELE is reported to be working in concert with Arthur ABRHAMS in his bookmaking enterprise.

The source reported of a recent confrontation between Rafeal SILVA and Jake ZNOJ at the Shadow nightclub. These two subjects are continuing to fued with hostile feelings toward one another.

Source states that Michael CIMINO is being extorted for thousands of dollars by Fotios GEAS relating to the belief that CIMINO has maintained 25 secret video slot accounts after selling his vending business last year. GEAS has reportedly demanded a large sum of money from CIMINO with a threat of bodily harm should CIMINO refuse. Source further advises that Joseph PIOGGIA spoke out of school to Matt CAMPAGNARI regarding his business partner Michael CIMINO having secreted over ninety pounds of $100.00 bills from illegal past proceeds in a location unknown. The word of this reportedly got to Fotios GEAS who has stated that he will provide ten pounds of this money to anyone who will divulge it's location to him.

APPROVAL PENDING

Massachusetts State Police                                            Special Service Section

**Region: SSS**                                              **Case #: 2006-032-0500**

Report Type: Intelligence                                    Preliminary Draft

**Date & Time**                                              **Location**
Day of Week: Friday                                          Dba:
Incident Date: 09/22/2006                                    Street:
Incident Time: 03:00 PM                                      City: SPRINGFIELD
Date Submitted: 09/25/2006                                   State: MA

**Subjects**                                                 **Officers**
ABRAMS Arthur;06/02/1942                                     Reporting Officer: MURPHY Thomas
DESIMONE Gary;08/31/1953                                     Assisting Officers:
FUSCO Emilio;10/09/1968
SANTANIELLO Ralph;08/03/1967
SARES Theodore;02/27/1964
TRANGHESE Felix;11/23/1951

Report Summary:
Intel received re ongoing O/C activity in greater Springfield area.

On the above listed date and time, this officer spoke with a long standing reliable source pertaining to O/C activity in the Springfield area. The following is a synopsis of information provided by this source:

Emilio FUSCO is reportly in attendance at the Mardi Gras Gentlemen's Club seven days a week. FUSCO reports to hold a list of area bookmakers who are all paying a monthly "gratuity" to stay in business. FUSCO is currently alligned with Anthony ARILLOTTA, Fotios GEAS, Ty GEAS, and Reno CERAVOLO in controlling intcrests on the street. A list seized during a search warrant of Ralph SANTANIELLO's house containing agents are among those who are currently paying "gratuity" to stay in business to FUSCO and associates. Gary DESIMONE, Mike RASCHILLA, and Arti ABRHAMS are all identified as active bookmakers who are paying FUSCO and associates. FUSCO reports that his crew is actively seeking to collect monthy payments from Theodore SARES in relation to bookmaking activity. FUSCO indicates that his assoicates have actually gone to SARES residence in Longmeadow but he has slipped them so far. Three to four additional bookmakers who were making payments to Felix TRANGHESE have been taken by FUSCO and they are now paying his crew.

APPROVAL PENDING

Massachusetts State Police                                                    Special Service Section

Section: SSS                                            Case #: 2006-032-0500

**Report Type:** Intelligence                           **Preliminary Draft**

Date & Time:                                            Location:
  Day of Week: Wednesday                                  Dba:
  Incident Date: 10/25/2006                               Street:
  Incident Time: 02:00 PM                                 City: SPRINGFIELD
  Date Submitted: 10/25/2006                              State: MA

Subjects:                                               Officers:
  ARILLOTTA Anthony;04/02/1968                            Reporting Officer: MURPHY Thomas
  FUSCO Emilio;10/09/1968                                 Assisting Officers:
  GEAS JR Fotios;11/21/1966
  GEAS Tyler;01/16/1972

**Report Summary:**
Intel re Geas/Fusco extortion in Springfield area

On the aforelisted date and time, this officer spoke with a confidential/reliable source concerning O/C activity in the Springfield area. The source advised of a recent development whereby Emilio FUSCO became aware that James SANTANIELLO continued to make monthly extortionate payments to Fotios and Tyler GEAS. According to the source, FUSCO had been lied to by the GEAS brothers that SANTANIELLO was done making monthly extortion payment. As a result of FUSCO being made aware that payments from SANTANIELLO continued, the GEAS brothers were required to cut FUSCO into these payments 50%. The GEAS brothers are reportedly angry that their profits have been significantly reduced due to this development. Attorney Daniel Kelly is reportedly aware of these details by virtue of his ongoing contact with the GEAS brothers.

APPROVAL PENDING

Massachusetts State Police                                                        Special Service Section

| Report Type: Intelligence | Preliminary Draft |
|---|---|
| Day of Week: Friday | Location: |
| | Dba: |
| Incident Date: 05/18/2007 | Street: |
| Incident Time: 03:00 PM | City: |
| Date Submitted: 05/22/2007 | State: MA |
| Subjects: | Officers: |
| ARILLOTTA Anthony;04/02/1968 | Reporting Officer: MURPHY Thomas |
| FUSCO Emilio;10/09/1968 | Assisting Officers: |
| GEAS JR Fotios;11/21/1966 | |
| GEAS Tyler;01/16/1972 | |
| TRANGHESE Felix;11/23/1951 | |

**Report Summary:**
source intel re local O/C acitivity.

On the above listed date and time, this officer spoke with a reliable confidential source. The source advised that Emilio FUSCO is very concerned regarding the recent indictment of Fotios GEAS for the Bruno murder. FUSCO is reportedly drinking in area clubs several nights a week and not doing anything until he can determine how things are going to play out. FUSCO is reluctant to approach anyone for extortion monies and has stated that he believes Felix TRANGHESE has been turned informant by law enforcement. FUSCO bases this belief on the fact that Carlo SARNO identified TRANGHESE as a collector of extortion payments and law enforcement did not charge TRANGHESE relating to this situation. FUSCO is reportedly not sending enough money in the direction of Anthony ARILLOTTA, Ty GEAS and Fotios GEAS who are all currently incarcerated. FUSCO has expressed that these same individuals failed to give his family any money while he was in prison. Attorney Daniel KELLY stated that after the arraignment of ARILLOTTA and the GEAS brothers for a state police extorion charge, Attorney Vincent BONGFIORNI pulled him into a corner in the courthouse and stated, "don't tell them now and don't tell them in five years but let them GEAS brothers know they should have killed Franky ROACHE after he killed BRUNO".

APPROVAL PENDING

Massachusetts State Police                                        Special Service Section

| | | | |
|---|---|---|---|
| Report Type: | Intelligence | | Preliminary Draft |

**Date & Time**
- Day of Week: Friday
- Incident Date: 03/14/2008
- Incident Time: 10:00 AM
- Date Submitted: 03/14/2008

**Location**
- Dba: Sss/West
- Street: 165 Liberty Street
- City: SPRINGFIELD
- State: MA

**Subjects:**
ARILLOTTA Anthony;04/02/1968
BASILE Joseph;08/07/1962
BASILE Tony;
BONO Leo;
CANAVAN Vincent;12/15/1971
CERAVOLO Jay;
CERAVOLO Reno;03/14/1964
DELEVO Anthony;01/02/1940
DESIMONE JR Robert;07/27/1965
FUSCO Emilio;10/09/1968
GEAS JR Fotios;11/21/1966
GEAS Tyler;01/16/1972
LIQUORI Antonio;06/06/1966
PUGLIANO Frank;04/11/1928
PUGLIANO Louis;08/17/1926
SANTANIELLO James;10/29/1949
ZULLO, Joseph;

**Officers:**
Reporting Officer: MURPHY Thomas
Assisting Officers:

**Report Summary:**
Intel received re Genovese activity in Western Massachusetts

On the above listed date and time, this officer spoke to a cooperating subject regarding activity of Genovese members and associates in the greater Springfield area. The following information was reported:

James SANTANIELLO, owner of the Mardi Gras and other area establishments was recently contacted by Ty GEAS through Vincent CANAVAN. SANTANIELLO's employee, Leo BONO, had previously been requested by GEAS to obtain a message for SANTANIELLO but failed to contact GEAS. CANAVAN reportedly begged SANTANIELLO on behalf of Ty GEAS to re-hire his brother Freddie's girlfriend "Angela" at the Mardi Gras. SANTANIELLO reportedly re-hired "Angela" against his wishes in attempt to no offend Fotios GEAS. "Angela" reportedly slapped a Mardi Gras customer in the face on her first return night to work and SANTANIELLO will reportedly advise Attorney Dan Kelly that she is once again fired.

Joseph BASILE was recently approached by Ty GEAS who was seeking to obtain money. GEAS advised that he had been informed by Anthony ARILLOTTA that ARILLOTTA introduced BASILE years ago to real estate people in Connecticut with whom he know is making money. GEAS reportedly expects BASILE to approach these same people in Connecticut and ask them to lend GEAS $30,000.00 to "get back on his feet." BASILE is reported to have represented to GEAS that he would request this loan, he has no intention of doing so. SANTANIELLO has been repeatedly advised by Emilio FUSCO to refuse to pay any weekly or monthly extortion monies to the GEAS brothers and ARILLOTTA such as those paid in the past. FUSCO is at odds with the GEAS brothers

Massachusetts State Police

Special Service Section

and ARILLOTTA relating to monies collected on the street.

FUSCO recently approached a Connecticut businessman named Joe ZULLO and petitioned him to go in as partners to purchase Phil's Beverage in the Springfield area. ZULLO reportedly refused and Phil's Beverage sold and is now named Thompson's Beverage.

State Police recently raided a large sports wagering operation in the Agawam area. This operation was directed by Bobby DESIMONE and Tony LIQUORI. LIQUORI and DESIMONE have been paying regular "protection" money to Frank and Louie PUGLIANO to operate this business. This relates to a well established principal by which the PUGLIANO'S have controlled illegal gaming activity '"over the river". LIQUORI was subsequently approached by Tony BASILE, Reno CERAVOLO, and Jay CERAVOLO while he attended a children's soccer game. He was advised by Reno CERAVOLO that he would now be required to make regular payments to these subjects in addition to whatever his arraignments were with the PUGLIANO's. Since that time, LIQUORI and DESIMONE have been making additional regular payments to CERAVOLO to stay in business. This situation was reported to be similar to that of Emelio FUSCO collecting regular payments from Anthony DELEVO's Big E business that in under the control of his wife and the PUGLIANO's.

APPROVAL PENDING