03/04/10   15:36 FAX 4137850394          US ATTY'S OFFICE                    ☒016

Massachusetts State Police                                    Special Service Section

Region: SSS                                         Case#: 2008-032-0500
**Report Type:** Intelligence                       **Preliminary Draft**

| Date & Time: | | Location: | |
|---|---|---|---|
| Day of Week: | Friday | Dba: | |
| Incident Date: | 05/16/2008 | Street: | |
| Incident Time: | 02:00 PM | City: | SPRINGFIELD |
| Date Submitted: | 05/16/2008 | State: | MA |

| Subjects: | Officers: | |
|---|---|---|
| BASILE Anthony | Reporting Officer: | MURPHY Thomas |
| BOLOGNA John;05/22/1941 | Assisting Officers: | |
| CERAVOLO Reno;03/14/1964 | | |
| FIORE James;06/06/1950 | | |
| FIORE Mario;06/03/1924 | | |
| FUSCO Emilio;10/09/1968 | | |
| GEAS JR Fotios;11/21/1966 | | |
| GEAS Tyler;01/16/1972 | | |
| IMBISI, Mario | | |
| KELLEY Daniel | | |
| SANTANIELLO James;10/29/1949 | | |
| SARNO Carlo;06/20/1968 | | |

**Report Summary:**
Intel received regarding O/C activity in the greater Springfield area.

On the above listed date and time, this officer spoke with a confidential and reliable source relating to recent developments in organized crime circles in the Springfield area. The source advised of the following:

A meeting took place in the law office of Attorney Dan Kelly during the week of May 4, 2008. Present at this meeting were James SANTANIELLO, Dan KELLY and Ty GEAS. The meeting had been repeatedly requested by GEAS. At this meeting, GEAS pled with SANTANIELLO that he needed to feed him family. GEAS requested that SANTANIELLO provide him with dumpster accounts to facilitate his new business venture. GEAS provided a business card to SANTANIELLO. GEAS indicated that he was also in the business of cleaning out buildings and requested that SANTANIELLO provided him business in this area. GEAS further requested that SANTANIELLO provide him with an office to operate out of. SANTANIELLO is reported to have directed GEAS to SANTANIELLO's business manager named Michael BRISBOIS for further dealings. BRISBOIS subsequently reported back to SANTANIELLO that GEAS informed BRISBOIS that he neglected to instruct SANTANIELLO that GEAS wanted the Mardi Gras dumpster account. BRISBOIS informed GEAS that this account was already contracted to Emilio FUSCO. GEAS responded that he was aware of that but wanted this account which he titled a "flagship" account in order to make a statement and demonstrate who maintained strength in this area. Ty GEAS reports that he had a huge disagreement with his brother Fotios regarding his brothers girlfriend Angela. They have had reduced communications since this friction.

FUSCO is reported to answer to a Genovese superior out of New Haven CT who he regularly meets at Figaro's restaurant in Enfield. This unidentified New Haven subject is described as good looking. This New Haven subject may be affiliated with another Genovese member known as "Buster" who

Intelligence 05/16/2008
JOHN (Buster) AZBITO

Massachusetts State Police                                      Special Service Section

died approximately two month ago. It is believed that FUSCO's perceived basis of strength may emanate from his relationship with this same subject.

Anthony ARILLOTTA is believed to be released from state custody in the first week of June. Emilio FUSCO is reported to be released from Federal probation in June. FUSCO is advising he will be taking a vacation in June. FUSCO's brother who has been identified as a "zip" from Italy is reportedly traveling to the Springfield area in June. FUSCO's brother's trip is related to an ongoing beef with the GEAS brothers and ARILLOTTA.

SANTANIELLO was recently visited by his uncle Mario FIORE. FIORE represented that he is financially strapped and was provided $4000.00 from SANTANIELLO. FIORE represented that years back under the Patriaca's rein, there were 500 "good guys" working for them. FIORE advised that PATRIARCA had a hidden piece of the Dunes and that is why numerous junkets would be planned to this destination. FIORE lamented that the SCIBELLI's screwed the L.C.N. in this area. FIORE requested that SANTANIELLO, Jimmy SANTANIELLO and Carlo SARNO combine to provide him with $200.00 weekly that he maintained he could live on. Mario FIORE reports that John BOLOGNA's driver from New York who also has the first name of Mario is a cooperating witness.

Reno CERAVOLO and Tony BASILE are reportedly keeping a low profile in relation to paperwork of subpoenas that have surfaced in their respective names.

APPROVAL PENDING

Massachusetts State Police                                    Special Service Section

**Region: SSS**                                    **Case #: 2008-032-0500**

Report Type: Intelligence                          Preliminary Draft

**Date & Time:**
Day of Week: Monday
Incident Date: 07/14/2008
Incident Time: 01:30 PM
Date Submitted: 07/16/2008

**Location:**
Dba:
Street: Orange Street
City: SPRINGFIELD
State: MA

**Subjects:**
BASILE Joseph; 08/07/1962
CERAVOLO Jay;
FUSCO Emilio; 10/09/1968
GEAS JR Fotios; 11/21/1966
GEAS Tyler; 01/16/1972
SANTANIELLO James; 10/29/1949

**Officers:**
Reporting Officer: MURPHY Thomas
Assisting Officers:

**Report Summary:**
Intel received regarding O/C contact in Springfield.

On the above listed date and time, this officer was contacted by a confidential source who related the following:

Hours earlier this date, Ty Geas traveled to the business offices of James Santaniello located on Orange Street at the "X" in Springfield. Ty Geas approached James Santaniello at this location and engaged him in conversation. Geas expressed anger and displeasure regarding his perception of how he and his brother were being treated within organized crime circles in this area. Geas advised that he and his brother who is "facing a death sentence" are being treated as "second class citizens" because they are not of Italian decent. Geas professed profound animosity toward Emilio Fusco and complained regarding Fusco's business position within the dumpster business. Geas specified that Fusco was "boxing him out" of select accounts. Geas further stated that he was involved in the dumpster business prior to Fusco's venture. Geas reportedly begged Santaniello for the dumpster account at the Mardi Geas Gentlemen's Club currently awarded to Fusco. Geas also continued his request that Santaniello acquire and pay for an office space for him to operate his dumpster business out of. Santaniello was reportedly approached by Jay Ceravolo prior to this encounter with Geas. During the discussion between Santaniello and Geas, Joseph Basile was observed in the vicinity of a restaurant/coffee shop downstairs from the Santaniello office. Geas left Santaniello's company and had an apparent heated exchange with Basile. Basile is reported to have looked agitated at the conclusion of their meeting. A blue car perceived as an unmarked police cruiser was announced by Geas who believed he was under police surveillance.

APPROVAL PENDING

Massachusetts State Police                                        Special Service Section

**Region:** SSS                                    **Case #:** 2008-052-0500
**Report Type:** Intelligence              **Preliminary Draft**

**Date & Time**                                    **Location**
Day of Week: Thursday                              Dba:
Incident Date: 08/21/2008                          Street:
Incident Time: 10:00 AM                            City:
Date Submitted: 08/27/2008                         State: MA

**Subjects**                                       **Officers**
ARILLOTTA Anthony;04/02/1968                       Reporting Officer: MURPHY Thomas
FUSCO Emilio;10/09/1968                            Assisting Officers:
GEAS JR Fotios;11/21/1966
GEAS Tyler;01/16/1972

**Report Summary:**
O/C Intel. gathered from source 8-21-08

On the above listed date and time, this officer met with a confidential source to discuss organized crime related activities in the Springfield area. The source reported the following information:

On Monday, August 18, 2008, Ty Geas was observed in the parking lot adjacent to Santaniello insurance on Belmont Avenue in Springfield. Geas was accompanied by an associate with the first name of Josh who he sent upstairs to summons James Santaniello to meet with Geas out in the parking lot next to the Abu Danza restaurant. Santaniello reportedly complied with Geas instruction and the two had conversation out in the parking lot. During this discussion, Geas demanded $20,000.00 from Santaniello which Geas felt he is entitled. Geas complained to Santaniello that numerous other O/C figures were millionaires while he was broke and living poorly. Geas suggested to Santaniello that he (Santaniello) was worth fifty million and that Santaniello should be able to comfortably provided him with $20,000.00 citing that he had a family to support. Geas insisted that he and his associates "did all the work" in paving the way for others in organized crime and further that he was not being given the monetary recognition that his group deserved. Geas professed that "the cop's hate Arillotta and him. Geas stated that Arillotta and associates took over the mob but that they are not being provided the money they are entitled to for running the streets. Geas instructed Santaniello to leave an envelope containing $20,000.00 for him with "Josh" on Thursday evening at the "Pour House" where Josh works on Worthington Street in Springfield. Josh was further instructed to deliver this same envelope to Geas at his residence in West Springfield later in the evening. Geas instructed Josh not to leave the Pour House immediately after receipt of this envelope from Santaniello in case to police are watching. Geas also petitioned Santaniello regarding obtaining dumpster and waste removal account associated with a housing project Santaniello owns in the Worcester area.

Geas advises that he recently met with Emilio Fusco at Starbucks Coffee. Geas complained that Fusco is not helping him out. Geas reportedly informed Fusco that though he is not Italian, he is not a "punk" and that Fusco would be required to make payments to him. Geas advised that he was going to "bash Fusco's head" should he not start paying. Geas also complained that Arillotta had assisted Joe Basile in establishing a contact in Connecticut who made Basile a lot of money and that Basile should be making a payment in consideration of same.

Massachusetts State Police                                    Special Service Section

Arillotta has recently requested that Attorney Vincent Bongiorni contact James Santaniello in an attempt to conduct a meeting at Bongiorni's law offices between Arillotta and James Santaniello. Bongiorni subsequently made contact with Santaniello advising that his client Arillotta wanted to have a meeting with Santaniello in Bongiorni's office. Bongiorni further reported that the nature of this meeting had to do with Arillotta wanting Santaniello to provide him with the funds to purchase a double building lot outside of Springfield. Bongiorni advised Santaniello that Arillotta indicated that he would pay Santaniello back in the future with monies tied up in his late father's estate. Bongiorni advised Santaniello that he really didn't care either way as to whether Santaniello accepted this request from Arillotta but was merely passing on the message from Arillotta. Bongiorni told Santaniello that he had time to consider his response being that Bongiorni would be on vacation through September 3.

**APPROVAL PENDING**

Massachusetts State Police                                          Special Service Section

Region: SSS                                              Case#: 2009-032-0500

**Report Type:** Intelligence                    **Preliminary Draft**

| Date & Time | | Location | |
|---|---|---|---|
| Day of Week: | Friday | Oba: | |
| Incident Date: | 01/16/2009 | Street: | |
| Incident Time: | 12:00 PM | City: | SPRINGFIELD |
| Date Submitted: | 01/16/2009 | State: | MA |

Subjects:                                               Officers:
ARILLOTTA Anthony;04/02/1968              Reporting Officer: MURPHY Thomas
BASILE Joseph;08/07/1962                   Assisting Officers:
FUSCO Emilio;10/09/1968
GEAS JR Fotios;11/21/1966
GEAS Thomas;09/07/1969
GEAS Tyler;01/16/1972
KELLY, Daniel
SANTANIELLO James;10/29/1949

**Report Summary:**
Springfield area O/C extortion activity

On the above listed date, this officer spoke with two confidential sources relating to ongoing extortionate activity being carried out in the Springfield area by Genovese members and associates. The following is a synopsis of information provided:

In the past month, increased pressure has been exerted by Anthony ARILLOTTA and Ty GEAS upon select local businessmen in an effort to force accounts and monies away from these same subjects. In concert with these activities, Ty GEAS has approached both James SANTANIELLO and Joseph BASILE separately regarding snow plowing accounts associated with SANTANIELLO's various commercial businesses. Ty GEAS initially approached BASILE and advised BASILE that he was aware that BASILE had brokered a deal in which an associate named Claude WHITMAN obtained SANTANIELLO's snow plowing accounts. GEAS reportedly informed BASILE to advise BASILE's friend WHITMAN that GEAS would cave his head in should he resist GEAS takeover to the SANTANIELLO snow plowing accounts. GEAS also contacted SANTANIELLO advising that he was aware that the guy who plowed for SANTANIELLO was introduced by BASILE. GEAS then advised SANTANIELLO that he would be doing the snow plowing accounts from this point forward and that he had advised BASILE of this situation. GEAS advised that his brother Thomas GEAS had recently purchased three trucks and that they were now "in the snow plowing business".

The source further reports that Anthony Arillotta has been probing various individuals and vendors associated with James SANTANIELLO as to the financial standings of various commercial holdings of SANTANIELLO. ARILLOTTA is reported to have specifically questioned Eddie TOURIGNEAU, the manager of Anthony's strip club, what the monthly profits were for this business.

James SANTANIELLO has expressed exasperation at the volume of ongoing text messages he is receiving over the past several weeks from Ty GEAS seeking money. GEAS continues to complain about being broke, needing money and living in a three family house while everyone else is making

Massachusetts State Police                                      Special Service Section

millions. GEAS claims that his brother is facing execution while everyone has been back stabbing them while they were in jail. GEAS maintains that they are going to get everyone back for the disloyalty. GEAS is reportedly wearing high priced ski coats that he is obtaining from a subject identified as "Rob" who works at the Ski Haus in East Longmeadow. This same subject "Rob" is reported to work at Pete's Tire. GEAS has expressed dissatisfaction that Anthony ARILLOTTA is staying away from him.



APPROVAL PENDING

Massachusetts State Police                                          Special Service Section

Report Type: Intelligence                    Preliminary Draft

**Date & Time:**
Day of Week: Wednesday
Incident Date: 06/24/2009
Incident Time: 10:00 AM
Date Submitted: 06/24/2009

**Location:**
Dba:
Street:
City: SPRINGFIELD
State: MA

**Subjects:**
ARILLOTTA Anthony;04/02/1968
FUSCO Emilio;10/09/1968
GEAS JR Fotios;11/21/1966
GEAS Tyler;01/16/1972
PUGLIANO Frank;04/11/1928
SANTANIELLO James;10/29/1949
VALENTINI Richard;10/12/1964

**Officers:**
Reporting Officer: MURPHY Thomas
Assisting Officers:

**Report Summary:**
Source info re Springfield O/C matters

On the above listed date and time, this officer met with a confidential source and conversed regarding organized criminal matters in the greater Springfield area. The following details were provided by this source.

Anthony ARILLOTTA has been persistently attempting hatch schemes and deals with area individuals in an effort to derive financial gains. ARILLOTTA is continually attempting to enter partnerships with James SANTANIELLO in a variety of ventures in an effort to gain SANTANIELLO as a financial backer. ARILLOTTA has reportedly claimed that he now understands that he had become just as bad as BRUNO in extorting individuals and is now going to make amends by conducting himself in a kinder fashion. SANTANIELLO recently sent word to Frank PUGLIANO through Emilio FUSCO that he would not allow a black jack table to be run at his club during the course of a O/C sponsored stag party for Johnny Montefusco. PUGLIANO refused to acknowledge this message from FUSCO and attempted to set up the black jack equipment at this function. Personnel under SANTANIELLO's employ had to intercede on the evening in question and shut down this table. Richard VALENTINI was reportedly working this table and expressed surprise as to the table being shut down. As a result of this occurrence, SANTANIELLO was later approached by PUGLIANO who demanded $3000.00 in payment from SANTANIELLO to compensate him for his "time and effort" expended in setting up the black jack game with Connecticut individuals. During this same encounter, PUGLIANO identified to SANTANIELLO that he was "with the little guy" in apparent reference to being under Anthony ARILLOTTA. The source further explained the belief that PUGLIANO is forwarded a piece of his criminal ventures to ARILLOTTA. The source also advised that FUSCO appears to be at odds and not working well with ARILLOTTA and associates. ARILLOTTA appears to have recently distanced himself from Ty GEAS. It is suspected that the estrangement between ARILLOTTA and GEAS likely involves resentment on the part of Ty GEAS relating to lack of financial assistance from ARILLOTTA to his incarcerated brother Fotios GEAS. The source reports that the general consensus on the street is the ARILLOTTA is out of the woods regarding being implicated in the BRUNO murder conspiracy. The word on the street is also the Fotios GEAS will likely beat his murder indictment.